At the last session of the general assembly of South Carolina,
an act was passed entitled "An act to amend Section eleven,
Chapter CIV., Title I., Part III., of the general statutes, so as
to provide for the publication of all the decisions of the Supreme
Court in the state reports," approved December 24th, 1880, (17
*Stat.* 397), whereby it was enacted that "from and after the pas-
sage of this act, it shall be the duty of the state reporter, in
addition to the report of the cases which he may be instructed
to publish under the order of the Supreme Court, to append the
title of all the cases decided by the Supreme Court, during the
period covered by each volume published by him, stating, in a
short note, the principle or principles decided in each case; and
also adding what cases previously decided have been overruled,
modified or confirmed during said period."

Under the requirements of this act, the following "Notes
of causes not reported in full," is published. Cases "overruled,
modified or confirmed," will be found in the index, under the
head of *Cases Criticised.*—REPORTER.

No. 943. **State** *v.* **Dodson.** November Term, 1880. Motion
to dismiss appeal, because that the brief did not contain any
report of the Circuit judge, nor any agreed statement of counsel.
This court approved the practice prescribed in *State* v. *Pitts*, 12
*S. C.* 180, and held the brief insufficient for a hearing; but as
human life was involved, the rule of practice would not be
rigidly enforced; and for the purpose of permitting the appel-
lants to amend their brief, the cause was ordered to stand over
until a future day named. OPINION *per curiam*, November 26th,

1880. *Solicitor Cothran,* for motion. *E. F. Stokes* and *J. T. Nix,* contra.